UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISH BRYANT GARVIN, ) | 1:06-CV-0732 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| v. ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| ROBERT A. HOREL, ) | TO ENTER JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 2, 2006, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division. By order of the Court dated June 12, 2006, the case was transferred to the Fresno Division and received in this Court.

    This case was erroneously opened as a new case. On March 7, 2000, in <u>Parrish Garvin v. Kings County</u>, CIV F 00 5140 AWI LJO P, the undersigned issued an order declaring Petitioner to be a vexatious litigant. Pursuant to that order, the Court must screen all documents filed by Parrish Garvin and return any document not meeting the specific criteria outlined in the order.

    In this case, Petitioner's filing is deficient because:

    1) Petitioner did not include with the petition the filing fee or a completed application to

proceed in forma pauperis, along with a certified copy of Petitioner's prison trust account;

2) Petitioner did not prove that he has exhausted his state court remedies by having presented the claims to the California Supreme Court in a procedurally proper form and proved that his direct appeal concerning the conviction being challenged has been ruled on by the California Court of Appeal;

3) Petitioner did not include in the petition only claims that allege violations of the Federal Constitution;

4) Petitioner did not include in the petition only claims that are the proper subject matter for a habeas petition; and

5) The petition is largely illegible.

**ORDER**

Accordingly, the instant petition is hereby DISMISSED. The Clerk of Court is DIRECTED to enter judgment and terminate this action in its entirety.

IT IS SO ORDERED.

Dated:     **June 27, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE